```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

        -against-                      MEMORANDUM AND ORDER
                                       05-CR-0237(S-1)(DRH)
CHRISTOPHER MCCABE,
     also known as "Moose,"
JAMES MAINELLO,
     also known as "Jimmy Balls,"
GLENN GUADAGNO,
GLENN GUADAGNO, Jr.,
     also known as "Glenn Jr."
     and "Junior,"
BENJAMIN GARCIA,
     also known as "Benji,"
VICTOR TORRES,
     also known as "KV,"
ONEIL PEREZ,
     also known as "Green Eyes,"
     and
MIGUEL CORDOVA,
     also known as "Marky,"

                 Defendants.
----------------------------------X
A P P E A R A N C E S:

For the Government:
    Roslynn R. Mauskopf
    United States Attorney
    Eastern District of New York
    610 Federal Plaza
    Central Islip, New York 11722
      By: James Miskiewicz, A.U.S.A.

For Defendant Christopher McCabe:
    Federal Defender's Division
    Legal Aid Society
    410 Federal Plaza
    Central Islip, New York 11722
      By: Randi Chavis, Esq.

For Defendant James Mainello:
    Reynolds, Caronia, Gianello,
    Hagney, La Pinta & Hargraves
    35 Arkay Drive - Suite 200
    Hauppauge, New York 11788
      By: Anthony M. La Pinta, Esq.

For Defendant Glenn Guadagno:
    Charles Carnesi, Esq.
    1225 Franklin Avenue
    Garden City, New York 11530
```

```
For Defendant Glenn Guadagno, Jr.:
     Paul W. Bergrin, Esq.
     572 Market Street
     Newark, New Jersey 07105

For Defendant Benjamin Garcia:
     Edward P. Jenks, Esq.
     332 Willis Avenue
     Mineola, New York 11501

For Defendant Victor Torres:
     Geoffrey S. Stewart, Esq.
     350 Broadway, Suite 700
     New York, New York 10013

For Defendant Oneil Perez:
     Frank Murphy, Esq.
     32 Bohack Court
     Sayville, New York 11782

For Defendant Miguel Cordova:
     John Carman, Esq.
     666 Old Country Road - Suite 501
     Garden City, New York 11530
```

HURLEY, District Judge

By decision issued earlier today, I, inter alia, severed Count Five on the motion of defendant Miguel Cordova, directing that that Count be tried separately from the other five counts in the indictment. Accordingly, the motion of Oneil Perez seeking the same relief is granted for the reasons articulated in the earlier decision.

SO ORDERED.

Dated: Central Islip, New York
       October 19, 2006

_____/S/_____
DENIS R. HURLEY, U.S.D.J.