UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

        -against-                       <u>MEMORANDUM AND ORDER</u>
                                         05-CR-0237(S-1)(DRH)

CHRISTOPHER MCCABE,
     also known as "Moose,"
JAMES MAINELLO,
     also known as "Jimmy Balls,"
GLENN GUADAGNO,
GLENN GUADAGNO, Jr.,
     also known as "Glenn Jr."
     and "Junior,"
BENJAMIN GARCIA,
     also known as "Benji,"
VICTOR TORRES,
     also known as "KV,"
ONEIL PEREZ,
     also known as "Green Eyes,"
     and
MIGUEL CORDOVA,
     also known as "Marky,"

              Defendants.
----------------------------------X
A P P E A R A N C E S:

For the Government:
     Roslynn R. Mauskopf
     United States Attorney
     Eastern District of New York
     610 Federal Plaza
     Central Islip, New York 11722
       By: James Miskiewicz, A.U.S.A.

For Defendant Christopher McCabe:
     Federal Defender's Division
     Legal Aid Society
     410 Federal Plaza
     Central Islip, New York 11722
       By: Randi Chavis, Esq.

For Defendant James Mainello:
     Reynolds, Caronia, Gianello,
     Hagney, La Pinta & Hargraves
     35 Arkay Drive - Suite 200
     Hauppauge, New York 11788
       By: Anthony M. La Pinta, Esq.

For Defendant Glenn Guadagno:
     Charles Carnesi, Esq.
     1225 Franklin Avenue
     Garden City, New York 11530

For Defendant Glenn Guadagno, Jr.:
      Paul W. Bergrin, Esq.
      572 Market Street
      Newark, New Jersey 07105

For Defendant Benjamin Garcia:
      Edward P. Jenks, Esq.
      332 Willis Avenue
      Mineola, New York 11501

For Defendant Victor Torres:
      Geoffrey S. Stewart, Esq.
      350 Broadway, Suite 700
      New York, New York 10013

For Defendant Oneil Perez:
      Frank Murphy, Esq.
      32 Bohack Court
      Sayville, New York 11782

For Defendant Miguel Cordova:
      John Carman, Esq.
      666 Old Country Road - Suite 501
      Garden City, New York 11530

HURLEY, District Judge

        By decision issued earlier today, I, inter alia,

severed Count Five on the motion of defendant Miguel Cordova,

directing that that Count be tried separately from the other five

counts in the indictment.  Accordingly, the motion of Oneil Perez

seeking the same relief is granted for the reasons articulated in

the earlier decision.

        SO ORDERED.

Dated: Central Islip, New York
      October 19, 2006


                                    _____/S/_____
                                    DENIS R. HURLEY, U.S.D.J.